UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID T. SUMNER, IV,

        Plaintiff,

   v.

UNITED STATES POSTAL
SERVICE, et al.,

        Defendants.

CASE NO. 3:19-CV-6072-BHS

REPORT AND RECOMMENDATION

Noting Date: February 14, 2020

    Plaintiff David T. Sumner, IV, proceeding *pro se*, filed this action alleging violations of his constitutional rights. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

    Plaintiff filed this action on November 12, 2019. *See* Dkt. 1. On December 17, 2019, the Court screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 5. The Court dismissed the Proposed Complaint without prejudice, re-noted the pending Application to Proceed IFP, and provided Plaintiff leave to file an amended pleading by January 17, 2020, to cure the identified

REPORT AND RECOMMENDATION - 1

1 deficiencies. *Id*. The Court warned that failure to file an amended complaint or adequately

2 respond to the issues identified in the Order would result in the Court recommending the

3 Application to Proceed be denied and the case be closed. *Id*.

4     Plaintiff has failed to comply with the Court's Order. He has not filed a response to the

5 Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to

6 state a claim upon which relief can be granted in the Proposed Complaint. *See* Dkt. 5. Therefore,

7 the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be

8 dismissed without prejudice.

9     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

10 Procedure, the parties shall have fourteen (14) days from service of this Report to file written

11 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

12 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

13 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February

14 14, 2020, as noted in the caption.

15     Dated this 24th day of January, 2020.

David W. Christel
United States Magistrate Judge