# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID T. SUMNER IV, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants. | CASE NO. C19-6072 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED** and the case is **DISMISSED without prejudice**; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 24th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER